U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIAN
RECEIVED

JUN 2 6 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| VALERIE PEARLINE HILL | CIVIL ACTION NO. 06-2412 |
| versus | JUDGE STAGG |
| AZALEAS CLEANERS | MAGISTRATE JUDGE HORNSBY |

## ORDER OF DISMISSAL

The Court having been advised by counsel that the above action has been settled,

**IT IS ORDERED** that this action is hereby **DISMISSED,** without prejudice to the right, upon good cause shown within ninety (90) days of the signing of this Order, to reopen the action if settlement is not consummated.  The Clerk is now requested to close this case.

**IT IS FURTHER ORDERED** that the parties submit to the Court, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all parties who have appeared in this action.  Any motion that may be pending in this case is hereby **DENIED AS MOOT.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 26 day of June, 2007.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE